**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:26-cv-63226-KMM

LUIS DAVID LLORENTE OVIEDO,

Petitioner,

v.

GARRETT J. RIPA, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, MIAMI FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

Respondents.
_______________________________________/

**ORDER**

THIS CAUSE came before the Court upon Petitioner Luis David Llorente Oviedo's ("Petitioner") Petition for Writ of Habeas Corpus (the "Petition"). (ECF No. 1). On November 18, 2026, the Court ordered Respondents to show cause why the Petition should not be granted. *See generally* (ECF No. 3). On November 21, 2026, Respondents filed a Notice of Non-Opposition (the "Notice"), stating that "it does not oppose Petitioner's request for release." (ECF No. 5) at 1. Based on Respondents' non-opposition, the Court grants the Petition without reaching the merits of Petitioner's claims.

Accordingly, UPON CONSIDERATION of the Petition, the Notice, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1. The Petition (ECF No. 1) is GRANTED;

2. Respondents, and Petitioner's immediate custodian at the Broward Transitional Center, shall RELEASE Petitioner from immigration custody <u>within twenty-four</u>

(24) hours of the date of this Order;

3. Prior to Petitioner's release, Respondents shall provide Petitioner with access to a telephone to arrange transportation from the detention facility. Respondents shall release Petitioner during reasonable daytime hours, at the facility where he is detained, and shall return to Petitioner all his personal property and identification documents in Respondents' possession;

4. Within three (3) days of Petitioner's release, Respondents shall file a notice of compliance with this Order;

5. The Clerk of Court is INSTRUCTED to CLOSE this case. All pending motions, if any, are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of November, 2026.

K. M. Moore

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record